UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILD BAINBRIDGE, a non-profit corporation,

    Plaintiff,

    v.

MAINLANDER SERVICES CORP. *et al.*,

    Defendants.

Case No. C04-5054FDB

ORDER REQUIRING JOINT STATUS REPORT

This matter was stayed by Order of March 17, 2005 in order that the parties could pursue settlement discussions with a neutral mediator. The parties filed two joint status reports since that time, one on April 14, 2005 and the other on May 11, 2005. In the May report, the parties represented that they had a day of mediation and that settlement discussions with the parties, their counsel, and the mediator are continuing. The parties recommended that no action be taken by the court, and that the parties would advise the Court if settlement discussions were no longer productive. Since the May 11, 2005 Joint Status Report, there has been nothing filed in this case. While the Court accommodated the parties by entering a stay in order to facilitate settlement discussions, the stay cannot continue indefinitely.

NOW, THEREFORE, IT IS ORDERED: By no later than May 4, 2007 the parties shall file a Joint Status Report and explain the current status regarding settlement discussions, whether this case can be dismissed, or whether a scheduling order leading to trial must be entered.

DATED this 5th day of April, 2007.

                                      FRANKLIN D. BURGESS
                                      UNITED STATES DISTRICT JUDGE

ORDER - 1