UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILD BAINBRIDGE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAINLANDER SERVICES CORPORATION, an Oregon corporation; OIEN CONSTRUCTION, INC., a Washington corporation; UNITED STATES ARMY CORPS OF ENGINEERS, a federal agency, et al.,<br><br>Defendants. | CASE NO. C04-5054BHS<br><br>ORDER GRANTING MAINLANDER SERVICES CORPORATION'S AND OIEN CONSTRUCTION INC.'S MOTION TO DISMISS OR FOR PARTIAL SUMMARY JUDGMENT |

This matter comes before the Court on Mainlander Services Corporation's and Oien Construction Inc.'s Motion to Dismiss or for Partial Summary Judgment (Dkt. 72). Based on the motion, the Court's Order Denying Plaintiff's Motion for Summary Judgment Against the Army Corps of Engineers and Granting the Corps's Cross-Motion for Summary Judgment (Dkt. 62), and Wild Bainbridge's response indicating that it does not oppose the motion (Dkt. 83), it is hereby

**ORDERED** that Mainlander Services Corporation's and Oien Construction Inc.'s Motion to Dismiss or for Partial Summary Judgment (Dkt. 72) is **GRANTED**, and Wild

ORDER - 1

1  Bainbridge's claims with respect to Lot 23, Block 5 of Fort Ward Estates, Bainbridge
2  Island, Washington, are **DISMISSED with prejudice**.
3        DATED this 29th day of May, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2